1

BIDDLE PURCHASING COMPANY, Plaintiff in Error, v. AMERICAN MILLS COMPANY, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. February 19, 1926.)

No. 159.

In Error to the District Court of the United States for the Southern District of New York.

Writ of error to judgment entered in the District Court for the Southern District of New York.

Isham Henderson, of New York City (Charles R. Coulter, of New York City, of counsel), for plaintiff in error.

David L. Podell, of New York City, for defendant in error.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

2

Frank K. BOWERS, Individually and as Collector of Internal Revenue for the Second District of New York, Plaintiff in Error, v. NEW YORK & ALBANY LIGHTERAGE COMPANY, Defendant in Error. Frank K. BOWERS, Individually and as United States Collector of Internal Revenue for the Second Collection District of New York, Plaintiff in Error, v. Lloyd W. SEAMAN, Defendant in Error. Frank K. BOWERS, United States Collector of Internal Revenue for the Second District of New York, Plaintiff in Error, v. Thomas Staples FULLER, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. February 1, 1926.)

Nos. 179, 206, 215.

In Error to the District Court of the United States for the Southern District of New York.

For opinion below, see 4 F.(2d) 604.

Emory R. Buckner, U. S. Atty., of New York City (Sherwood E. Hall, Asst. U. S. Atty., of New York City, A. W. Gregg, Solicitor of Internal Revenue, and Charles T. Hendler, Sp. Atty. Internal Revenue, both of Washington, D. C., of counsel), for plaintiff in error.

Winifred Sullivan, of New York City, for defendant in error New York & Albany Lighterage Co.

Budd & Coffey, of New York City (Bern Budd, Henry P. Keith, and Benjamin Mahler, all of New York City, of counsel), for defendant in error Seaman.

Jackson, Fuller, Nash & Brophy, of New York City (George W. Mathews, of Boston, Mass., and Thomas S. Fuller, of New York City, of counsel), for defendant in error Fuller.

Stuart Chevalier, of Washington, D. C., Ewing Everett, of New York City, and Robert N. Miller, of Washington, D. C., amici curiæ (in the Fuller case).

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. The above cases are affirmed, on the authority of Seaman v. Bowers (C. C. A.) 297 F. 371.

HAND, Circuit Judge, dissents.

3

BURNS BROS., Libelant-Appellee, v. Coal Boat A. G. PERHAM, Her Tackle, etc.; William J. Fetherston and Margaret E. Fetherston, as Ex'rs, etc., Claimants-Appellants, Steam Tug WILLIAM TRACY, Her Engines, etc.; Tracy Towing Line, Claimant-Appellee.

(Circuit Court of Appeals, Second Circuit. February 15, 1926.)

No. 198.

Appeal from the District Court of the United States for the Eastern District of New York.

Alexander & Ash, of New York City (Mark Ash and Edward Ash, both of New York City, of counsel), for appellees.

William F. Purdy, of New York City, for the A. G. Perham.

Macklin, Brown & Van Wyck, of New York City, for the William Tracy.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed.